```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

ROBERT H. DARVILLE, *et al.*                                PLAINTIFFS

v.                             CIVIL ACTION NO. 5:20-cv-180-DCB-MTP

N. FORREST GERMANY, *et al.*                                DEFENDANTS

ORDER TERMINATING STAY

    Defendant Denbury Onshore, LLC ("Denbury") previously filed a Motion to Dismiss/Stay [ECF No. 21], in which Denbury requested that the Court dismiss or stay this matter until the Plaintiffs exhausted their administrative remedies before the Mississippi State Oil and Gas Board (the "Board"). The Court denied Denbury's request for a dismissal but granted a stay of this matter on March 1, 2021, pending the exhaustion of all administrative remedies before the Board. [ECF No. 37].

    By letter dated April 7, 2021, Denbury's counsel informed the Court that the Board filed of record Order No. 127-2021 on March 31, 2021. Denbury's counsel provided the Court with a copy of Order No. 127-2021 and stated in the letter: "This Order concludes the administrative exhaustion by the Mississippi State Oil and Gas Board." Letter from William F. Blair, Esq. to Judge

David C. Bramlette III and Magistrate Judge Michael T. Parker of 4/7/2021.  Given Denbury's representation to the Court that exhaustion of administrative remedies at the Board has occurred and having received no notification to the contrary from the Plaintiffs, the Court finds that the stay should be terminated.

Accordingly,

IT IS HEREBY ORDERED that the stay previously entered by the Court on March 1, 2021 [ECF No. 37] pending exhaustion of administrative remedies at the Mississippi State Oil and Gas Board is terminated, and the parties may proceed with the litigation of this matter.

SO ORDERED, this the 21st day of April 2021.

/s/  David Bramlette
UNITED STATES DISTRICT JUDGE